2013–0310.   **Bank of Am., N.A. v. Kuchta.**
Medina App. No. 12CA0025-M, 2012-Ohio-5562.
  O'CONNOR, C.J., and LANZINGER, J., dissent.
  FRENCH, J., dissents and would accept the appeal on Proposition of Law No. I.

2013–0320.   **In re Estate of McCauley.**
Stark App. No. 2011CA00272, 2012-Ohio-4709.
  PFEIFER, Acting C.J.
  O'CONNOR, C.J., not participating.

2013–0324.   **State v. Breedlove.**
Butler App. No. CA2011–06–117.

2013–0326.   **State v. Espinal.**
Franklin App. No. 12AP–346, 2012-Ohio-5478.

2013–0334.   **State v. Blakely.**
Montgomery App. No. 25120, 2012-Ohio-3841.

2013–0335.   **State v. Booker.**
Lucas App. No. L–10–1140, 2013-Ohio-45. Discretionary appeal not accepted. Motion in abeyance denied.
  O'NEILL, J., dissents and would accept the discretionary appeal.

2013–0350.   **State v. Fowler.**
Franklin App. No. 12AP–392, 2013-Ohio-111.

2013–0355.   **State v. Ivey.**
Hamilton App. No. C–110868.

2013–0356.   **State v. Hughes.**
Morrow App. No. 12CA0004, 2013-Ohio-458.

2013–0357.   **State v. Hughes.**
Morrow App. No. 12CA0005, 2013-Ohio-459.

2013–0367.   **State v. Jones.**
Cuyahoga App. No. 98151, 2012-Ohio-5737.

2013–0376.   **State v. Hill.**
Muskingum App. No. CT2012–0005, 2013-Ohio-314.
  O'NEILL, J., dissents.

2013–0380.   **Haskett v. Haskett.**
Lake App. No. 2011-L-155, 2013-Ohio-145.

2013–0412.   **State v. Morales.**
Summit App. No. 26750.

2013–0419.   **State v. Allen.**
Franklin App. No. 11AP–1130, 2013-Ohio-513.

2013–0436.   **State v. Shepherd.**
Cuyahoga App. No. 98709, 2013-Ohio-271.

## RECONSIDERATION OF PRIOR DECISIONS

2011–1918.   **State ex rel. K & D Group, Inc. v. Ryan.**
Franklin App. No. 10AP–608, 2011-Ohio-5051. Reported at 135 Ohio St.3d 257, 2013-Ohio-734, 985 N.E.2d 1270. On motion for reconsideration. Motion denied.

2012–1720.   **State ex rel. Grinnell v. Reece.**
Franklin App. No. 12AP–207. Reported at 135 Ohio St.3d 255, 2013-Ohio-733, 985 N.E.2d 1269. On motion for reconsideration. Motion denied.